# RETURN OF SERVICE

**State of Florida** **County of MIDDLE** **District Court**

Case Number: 8:26-CV-00862-TPB-AEP

CPN2026014714

Plaintiff:
**IMPLUS FOOTCARE, LLC**

vs.

Defendant:
**MAPEWRA LLC,**

For:
MALLORY COONEY
K & L GATES LLP
200 SOUTH BISCAYNE BLVD
#3900
MIAMI, FL 33131

Received by CAPLAN, CAPLAN & CAPLAN on the 16th day of April, 2026 at 2:10 pm to be served on **MAPEWRA LLC BY SERVING ITS REGISTERED AGENT: REGISTERED AGENTS INC., 7901 4th ST. N., STE 17545, ST PETERSBURG, FL 33702**.

I, Ana Castillo, do hereby affirm that on the **16th day of April, 2026 at 3:00 pm, I:**

served a Limited Liability Company by delivering a true copy of **SUMMONS, COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, and CIVIL COVER SHEET** with the date, hour and initials of process server endorsed thereon by me, to: **WELLS DALE** as **EMPLOYEE OF REGISTERED AGENT** for **MAPEWRA LLC**, at the address of: **7901 4th ST. N., STE 300, ST PETERSBURG, FL 33702**, and informed said person of the contents therein, in compliance with Florida Statutes

**Description** of Person Served: Age: 30', Sex: M, Race/Skin Color: WHITE, Height: 5'11, Weight: 200, Hair: BROWN, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served. Pursuant to FS 92.525(2), no notary is required.

A Castillo

**Ana Castillo**
APS 59561

**CAPLAN, CAPLAN & CAPLAN**
**351 SW 136TH AVE**
**SUITE 207**
**DAVIE, FL 33325**
**(954) 462-1800**

Our Job Serial Number: CPN-2026014714
Ref: 0528710.00009

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

IMPLUS FOOTCARE, LLC
*Plaintiff(s)*
v.
MAPEWRA LLC
*Defendant(s)*

Civil Action No. 8:26-cv-862-TPB-AEP

4/16/26
3:00PM
AE
S9561

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MAPEWRA LLC
7901 4th N Ste. 17545
St. Petersburg, Florida 17545

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mallory Cooney, Esq.
K&L Gates, LLP
200 South Biscayne Blvd., Suite 3900
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **Mar 30, 2026**

*Signature of Clerk or Deputy Clerk*